SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JUNE 10, 2021 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-00093
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

JOSHUA LEE PARSONS

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE
### (Possession with Intent to Distribute 50 Grams or More of Methamphetamine)

On or about March 8, 2021, at or near Powellton, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA LEE PARSONS knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
### (Possession with Intent to Distribute Heroin)

On or about March 8, 2021, at or near Powellton, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA LEE PARSONS knowingly and intentionally possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
(Felon in Possession of a Firearm)

1. On or about March 8, 2021, at or near Powellton, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA LEE PARSONS knowingly possessed a firearm, that is, a Hi-Point 380 handgun and ammunition, in and affecting interstate commerce.

2. At the time defendant JOSHUA LEE PARSONS possessed the aforesaid firearm and ammunition, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, convicted on or about April 10, 2008, in the General Court of Justice Superior Court Division for Cumberland County, North Carolina, of breaking and/or entering, in violation of N.C.G.S.A. § 14-54(A), in Case Number 06-CRS-65313.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

LISA G. JOHNSTON
Acting United States Attorney

By: *Courtney L. Cremeans* (signature)
COURTNEY L. CREMEANS
Assistant United States Attorney